Concurring Opinion by
RECKTENWALD, C.J.,
in which NAKAYAMA, J., Joins.
Respectfully, I write separately to concur in part with the Majority’s opinion and concur in the judgment. I agree with the opinion with the exception of Part III.B.2, which addresses the merits of Last Kony's arguments regarding statistical evidence. For the reasons stated in Part III.B.l, Kony did not preserve his right to challenge the introduction of the statistical evidence at trial. Accordingly, although the Intermediate Court of Appeals correctly affirmed Kony’s judgment of conviction, it erred in reaching the merits of his arguments regarding the statistical evidence. That portion of its opinion should be vacated, and we need not “provide guidance” on that issue.